UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SAMANTHA YAWORSKI | : | |
| *Plaintiff*, | : | 1:20-cv-16261-JHR-AMD |
| v. | : | ORDER |
| DOLLAR TREE INC | : | |
| *Defendant*. | : | |

**AND NOW**, upon consideration of the letter submitted by Plaintiff Samantha Yaworski ("Plaintiff") [Dkt. 5], the Court hereby **ORDERS** the following:

1. The above-referenced case is **DISMISSED WITH PREJUDICE**; and

2. The Clerk shall close this case.

**SO ORDERED**.

August 9, 2021                                         /s/ Joseph H. Rodriguez

                                                               Joseph H. Rodriguez, USDJ